# OYER and TERMINER, &c.

## at *Philadelphia:*

## *October* Seſſions, 1784.

### RESPUBLICA *verſus* KEATING.

LUKE KEATING was indicted for forging a promiſory note payable to *John Meng,* with a forged indorſement of *John Meng & Co.*—*Lewis,* for the defendant, objected to the admiſſion of *Meng's* teſtimony ; contending, that if *Meng* could prove that the note was falſe, it would diſcharge him from the payment ; and if he proved it to be a genuine note, his evidence might be given againſt him in a civil action founded upon the note ; in either event he was an intereſted witneſs, and, conſequently, an incompetent one. *Salk.* 283. *Hardr.* 331. 2, *Hawk.* 433. *Stra.* 728. 1043. 1104.

*Ingerſol* (who proſecuted on this occaſion for the *Attorney General*) argued, that, to prevent an interruption and failure of juſtice, and the eſcape of offenders, the injured perſon was in all caſes of indictment a competent witneſs. *Vent.* 49. 78. *Vin. tit. Evid. pl.* 26. 2, *Stra.* 1229. and *Abrams vs Bunn* eſtabliſh this doctrine. 4 *Burr.* 2252. He inſiſted that the evidence given by *Meng* on the preſent trial could not affect him in a civil action ; and obſerved, that if any thing relative to the civil action ſhould decide the caſe before the court, the probability was, that *Meng's* teſtimony would be favourable to the priſoner ; for if *Meng* ſwears the note to be falſe, he can gain nothing ; but if he proves it to be true, he teſtifies againſt his own intereſt.

*Lewis,* in reply, acknowledged that the evidence given on this trial, could not be offered in favour of *Meng* on another ; but he urged, that if the note itſelf were proved to be forged, it might be detained by the court and not ſuffered afterwards to be ſued ; on

the

the fame principle that it is faid in 6 *Co.* 45. "the court will damn. 1784.
a bond, on which the obligee has recovered."

M'KEAN, *Chief Juftice.* The court will not detain a note or
bond in the circumftances mentioned. With refpect to the com-
petency of the witnefs, I remember a cafe before CHEW, *Chief Ju-
ftice,* where one *Chapman* was indicted for playing with falfe dice,
and the perfon cheated was admitted to be a witnefs. On the au-
thority of that decifion, in a recent trial at *Lancafter,* the injured par-
ty was allowed to give evidence, after a full argument upon the
prefent objection. We have, therefore, no doubt that *Meng* is a
competent witnefs.

## RESPUBLICA *verfus* DE LONGCHAMPS.

CHARLES JULIAN DE LONGCHAMPS, commonly cal-
led the *Chevalier De Longchamps,* was indicted, that " he on
" the 17th of *May,* 1784, in the dwelling-houfe of his Excellen-
" cy the French Minifter Plenipotentiary, in the prefence of *Fran-
" cis Barbe Marbois,* unlawfully and infolently did threaten and
" menace bodily harm and violence to the perfon of the faid *Fran-
" cis Barbe Marbois,* he being Conful General of *France* to the
" *United States,* Conful for the State of *Pennfylvania,* Secretary of
" the French Legation &c. refident in the houfe aforefaid, and
" under the protection of the law of nations and this Common-
" wealth." And that " afterwards, to wit on the 19th of *May* in
" the public ftreet &c. he the faid *Charles Julian de Longchamps* un-
" lawfully, premeditatedly and violently, in and upon the perfon of the
" faid *Francis Barbe Marbois* under the protection of the laws of nati-
" ons, and in the peace of this Commonwealth, then and there be-
" ing, an affault did make, and him the faid *Francis Barbe Marbois*
" unlawfully and violently did ftrike and otherwife &c. in violati-
" on of the laws of nations, againft the peace and dignity of the
" *United States* and of the Commonwealth of *Pennfylvania.*"—To
thefe charges the defendant pleaded *not guilty.*

The evidence, in fuoport of the firft Count, was, that on the 17th
of *May, De Longchamps* went to the houfe of the Minifter of *France,*
and after fome converfation with *Monfieur Marbois,* was heard to
exclaim in a loud and menacing tone, " *Je vous defhonnerera, Poliçon,
Coquin*", addreffing himfelf to that gentleman. That the noife being
heard by the Minifter, he repaired to the room from which it if-
fued, and that in his prefence the defendant repeated the infult of-
fered to *Monfieur Marbois* in nearly the fame terms.

In fupport of the fecond Count, it appeared, that *De Longchamps*
and *Monfieur Marbois,* having met in *Market Street,* near the Coffee
Houfe, entered into a long converfation, in the courfe of which, the
latter faid that he would complain to the civil authority, and the
former replied, " you are a Blackguard." The witneffes generally
depofed that *De Longchamps* ftruck the cane of *Monfieur Marbois,*

before